UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULIANO GAGLIONE,<br>Plaintiff,<br>v.<br>EXPERT PROPERTY MANAGEMENT,<br>Defendant. | No. 2:26-cv-01348-DJC-SCR<br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 22, 2026 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 4. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2026, are adopted in full; and

2. Plaintiff's complaint and this action are dismissed without prejudice for failure

to state a claim and for failure to comply with the Court's order and Local Rules; and

3. The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Gagl1348.800